**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

IN RE RESOURCE CAPITAL CORP.
SHAREHOLDER DERIVATIVE LITIGATION
DEMAND FUTILE ACTIONS

-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:   4/3/18
```

17 **CIVIL** 253 (LLS)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated April 2, 2018, the motions to dismiss the Plaintiffs'

verified consolidated stockholder derivative complaint are granted and judgment is entered

dismissing that complaint and the complaint in the related action, 17 Civ. 474.

**Dated:**  New York, New York
     April 3, 2018

                              **RUBY J. KRAJICK**

                              _____
                              **Clerk of Court**

               **BY:**        _Kmango_
                              **Deputy Clerk**